IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLAUDIS LAWRENCE, | ) | |
| Plaintiff, | ) | 2:08cv1618 |
| | ) | Electronic Filing |
| v. | ) | |
| | ) | Judge Cercone / |
| MORRIS HARPER, M.D.; ET. AL, | ) | Magistrate Judge Lenihan |
| Defendants. | ) | |

## **MEMORANDUM ORDER**

The above captioned case was removed to this Court by Defendants from the Court of Common Pleas of Allegheny County (doc. no. 1) on November 24, 2008, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

Magistrate Judge Lenihan filed a Report and Recommendation on January 8, 2009 (doc. no. 4), recommending that this action be remanded back to the Court of Common Pleas of Allegheny County as this United States District Court for the Western District of Pennsylvania lacks jurisdiction over Plaintiff's Amended Complaint. All parties were served with the Report and Recommendation and advised that they had until January 26, 2009 to file written objections to the Report and Recommendation. No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 25th day of February, 2009;

IT IS HEREBY ORDERED that the Clerk of Court **REMAND** this action back to the Court of Common Pleas of Allegheny County **FORTHWITH**.

IT IS FURTHER ORDERED that the Report and Recommendation (doc. no. 4) of Magistrate Judge Lenihan dated January 8, 2009, is **ADOPTED** as the Opinion of the Court.

IT IS FURTHER ORDERED that the Clerk of Court mark this case **CLOSED**.

David Stewart Cercone
United States District Judge

cc: Honorable Lisa Pupo Lenihan
United States Magistrate Judge

Glaudis Lawrence
FY-7121
SCI Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112